THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON MEREDITH, Respondent, against ELIZABETH MEREDITH et al., Appellants.

Submitted October 16, 1947; decided November 13, 1947.

*Joseph Rosenberg* and *Maurice Smiley* for respondent.
*Nathaniel Ellenbogen* for appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.